

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,842

### EX PARTE PHILLIP WAYNE MORRIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2005-410,322-B IN THE 137TH DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault, family violence, repeat offense, and sentenced to eight years' imprisonment after an enhancement allegation was found to be true.

Applicant contends that he is entitled to an out-of-time appeal because his trial counsel gave oral notice of appeal and requested that new counsel be appointed for appeal, but failed to file a written notice of appeal, and no new counsel was appointed. The trial court has determined that

these allegations are true. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 2005-410,322 from the 137th Judicial District Court of Lubbock County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: February 13, 2008
Do Not Publish